UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH PAUL GALLINA,  Case No. 07-12640

    Plaintiff,

v.  Honorable Paul V. Gadola,
    United States District Judge

WYANDOTTE POLICE DEPT.,
ET.AL.,  Honorable R. Steven Whalen
    United States Magistrate Judge

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Scheduling Order and to Compel Discovery [Docket #31] is GRANTED.

The Scheduling Order previously entered in this case shall be extended as follows:

Discovery Cut-Off:  MAY 19, 2008

Dispositive Motion Cut-Off:  JUNE 19, 2008

Further, pursuant to Fed.R.Civ.P. 30(a)(2), Defendants are hereby granted leave to depose the Plaintiff John Skinner at the Wayne County Jail.

SO ORDERED.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 25, 2008.

S/G. Wilson
Judicial Assistant
