UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH PAUL GALLINA,　　　　　　　　　Case No. 07-12640

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　Honorable Paul V. Gadola,
v.　　　　　　　　　　　　　　　　　　　　　United States District Judge

WYANDOTTE POLICE DEPT.,
ET.AL.,　　　　　　　　　　　　　　　　　　Honorable R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　Defendants.
_____/

**AMENDED ORDER GRANTING MOTION FOR EXTENSION**
**(*Amended as to Typographical Correction Only*)**

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Scheduling Order and to Compel Discovery [Docket #31] is GRANTED.

The Scheduling Order previously entered in this case shall be extended as follows:

Discovery Cut-Off:　　　　　　　　　　　　MAY 19, 2008

Dispositive Motion Cut-Off:　　　　　　　　JUNE 19, 2008

Further, pursuant to Fed.R.Civ.P. 30(a)(2), Defendants are hereby granted leave to depose the Plaintiff Kenneth Paul Gallina at the Wayne County Jail.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 25, 2008.

                                                S/G. Wilson
                                                Judicial Assistant