UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH PAUL GALLINA,　　　　　　　　　　Case No. 07-12640

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Honorable Paul V. Gadola,
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

WYANDOTTE POLICE DEPT.,
ET.AL.,　　　　　　　　　　　　　　　　　　Honorable R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　Defendants.
_____/

**ORDER DENYING MOTION FOR MORE DEFINITE STATEMENT**

Between August 28 and September 5, 2007, Defendants filed Answers to the Plaintiff's complaint. On November 7, 2007, Defendants file a motion for more definite statement [Docket #22]. Fed.R.Civ.P. 12(e) provides that a motion for more definite statement "must be made before filing a responsive pleading."

Given the above chronology, Defendants' motion for more definite statement is DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 3, 2008.

                                                      S/G. Wilson
                                                     Judicial Assistant