UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH PAUL GALLINA, | Case No. 07-12640 |
| Plaintiff, | |
| v. | Honorable Paul V. Gadola, United States District Judge |
| WYANDOTTE POLICE DEPT., ET.AL., | Honorable R. Steven Whalen United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**ORDER DENYING MOTION TO CONSOLIDATE**

Before the Court is Plaintiff's motion to consolidate [Docket #27], in which he seeks to consolidate the present case with a state landlord-tenant case. While cases may, in certain circumstances, be removed to federal court or remanded to state court, there is no provision in federal law to consolidate a state and federal case. Accordingly, Plaintiff's motion is DENIED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 3, 2008.

S/G. Wilson  
Judicial Assistant